C. A. No. 75-152. STATE *v.* RUSSELL R. KEEGAN, JR. Motion of State for extension of time to and including December 1, 1975 is granted. *Julius C. Michaelson,* Attorney General, *Judith Romney Wegner,* Special Asst. Attorney General, for plaintiff-appellee. *Nugent & Nugent, J. Joseph Nugent, Jr.,* for defendant-appellant.

APPEAL No. 74-88. RICHARD A. BELANGER *v.* ARTHUR B. MATTESON *et al.* Petition for reargument denied. *Letts, Quinn & Licht, Frank Licht, Richard A. Licht,* for plaintiff-appellee. *Richard A. Skolnik, Frank J. Williams,* for defendants-appellants.

APPEAL No. 74-245. NELSON CONSTRUCTION Co., INC. *v.* ROSE COTTAGE NURSING HOME, INC. Motion of plaintiff to dismiss the appeal is denied. *Thomas W. Pearlman,* for plaintiff. *Moses Kando,* for defendant.

APPEAL No. 74-297. CAROL CABLE COMPANY *v.* ARTHUR S. MARCELLINO. Motion of the appellee to affirm the decree of the full commission under Rule 16(g) is granted. *Francis V. Reynolds,* for petitioner-appellee. *Lovett & Linder, Ltd., Raul L. Lovett,* for respondent-appellant.

APPEAL No. 75-66. GEORGE ASSANTE *et al. v.* ANNA J. DELELIS *et al.* Pursuant to Rule 16(g), the plaintiffs' motion to affirm the order of the trial justice denying a new trial as to the defendants William Schlageter and Mary Schlageter is granted.

The plaintiffs' motion to affirm the order of the trial justice granting the plaintiffs a new trial on the issue of damages only is granted unless the defendants accept the additur as ordered by the trial justice within 10 days of this order. If the additur is not accepted, a new trial will be granted as per the order of the trial justice on the question of damages only. *Quinn, Cuzzone & Geremia, John F. Cuzzone, Jr.,* for plaintiffs. *Hinckley, Allen, Salisbury & Parsons, Michael DeFanti,* for defendants William and Mary Schlageter.